AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tyrone Lorenzo Robinson<br>*Plaintiff*<br>v.<br>Doug Siefert, Sheriff PJ Tanner and Top Dollar Pawn and Sales, et al<br>*Defendant* | Civil Action No.  4:14-cv-928-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:  May 15, 2014                                        *CLERK OF COURT*

                                                                                s/Debbie Stokes
                                                                    *Signature of Clerk or Deputy Clerk*